# R. Clinton Stackhouse, Jr.
# Chapter 13 Trustee

7021 Harbour View Boulevard, Suite 101
Suffolk, VA 23435

Telephone (757) 333-4000
Facsimile (757) 333-3434

January 21, 2014

William C. Redden, Clerk
United States Bankruptcy Court
Eastern District of Virginia
600 Granby Street, Suite 400
Norfolk, VA 23510-1915

      Re: Keonya L. Hicks
      Bankruptcy Case No.: 08-72836-SCS

Dear Mr. Redden:

      On January 14, 2014, a Report of Deposit of unclaimed Funds was filed in the amount of $754.01 under docket entry number forty-five (45).

      Inadvertently, a second Report was filed under the same docket entry number. Please disregard the 2nd Report filed in this case as it is a duplicate.

                                  Very truly yours,

                                  /s/Tammie Shoemaker

                                  Tammie Shoemaker
                                  Accounting Assistant

/tds