**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:    __X__    Debtor
        _____    Attorney
        _____    Creditor

*If joint case, please check the appropriate line as set out below:*

New address is for:          _____    Husband and Wife
                             _____    Husband Only
                             _____    Wife Only

*[If applicable]*    Case Name:    Keonya Lakesha Hicks

*[If applicable]*    Case Number:    08-72836-SCS

New Address: 1709 Oakdale Way, Apt F

    City: Chesapeake        State: VA        Zip Code: 23324

Old Address: 3132 Petre Road #201

    City: Chesapeake        State: VA        Zip Code: 23325

New Telephone Number:


/s/ Sarah R. Clarson
Laura Taylor Alridge (VSB #42549)                          Boleman Law Firm, P.C.
Jennifer T. Atkinson (VSB #44592)                          Convergence Center III
G. Russell Boleman III (VSB #32484)                        272 Bendix Road, Suite 130
John R. Bollinger (VSB #46672)                             Virginia Beach, VA 23452
Linda W. Coppinger (VSB #19612)                            Telephone (757) 313-3000
Sarah R. Clarson (VSB #78953)                              Facsimile (804) 358-8704
Amanda E. DeBerry (VSB #83805)
Emily C. Fort (VSB #83889)
Angela M. Haen (VSB # 82173)
Matthew R. Hahne (VSB #68213)
Patrick T. Keith (VSB #48446)
Mark C. Leffler (VSB #40712)
Barry W. Spear (VSB #39152)
Emily E. Tatum (VSB #80999)
Counsel for Debtor(s)


Date: January 27, 2014
cc:    Trustee, United States Trustee

Rev. 02/13